IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

NO. 3:17-cv-00320-RJC-DSC

| | |
|---|---|
| HIDDEN VALLEY RANCH HOLDINGS, LLC, <br>                 Plaintiff, <br> v. <br> LUXURY AUCTIONS MARKETING, INC. d/b/a GRAND ESTATES AUCTION COMPANY, JEREMY LECLAIR, SOURCE.AUCTION, LLC, GRANDEUR LUXURY AUCTIONS, INC., and AMERICAN HOME TITLE, INC., <br>                 Defendants, | **<u>ORDER</u>** |

**THIS MATTER** is before the Court on "Plaintiff's Motion to Strike the Motions to Dismiss of Source.Auction, LLC, and Grandeur Luxury Auctions, Inc." (document #22). Defendants have not responded to the Motion to Strike, and the time for filing a response has expired.

On July 21, 2017, Defendants Source.Auction, LLC, and Grandeur Luxury Auctions, Inc. each filed a "Motion to Dismiss in Lieu of Answer" (documents ##16 and 17). Defendants did not file briefs in support of their Motions.

On August 4, 2017, Plaintiff filed its "Motion to Strike the Motions …. " citing Local Rule 7.1(C) which states:

> ***Requirement of Briefs.*** Briefs shall be filed contemporaneously with the motion, except no brief is required in support of timely motions for extension of time, continuances, admission *pro hac vice,* or early discovery.

(Emphasis in original). It is well settled that "the Court may strike any motion that does not comply with the Court's Local Rules or the Federal Rules of Civil Procedure." <u>Carolina First Bank v. Stambaugh</u>, 275 F.R.D. 463, 464 n.1 (W.D.N.C. 2011).

**FOR THOSE REASONS, IT IS HEREBY ORDERED that:**

1. "Plaintiff's Motion to Strike the Motions to Dismiss of Source.Auction, LLC, and Grandeur Luxury Auctions, Inc." (document #22) is **GRANTED**.

2. Grandeur Luxury Auctions, Inc.'s "Motion to Dismiss in Lieu of Answer" (document #16) and Defendants Source.Auction, LLC's "Motion to Dismiss in Lieu of Answer" (document #17) are **STRICKEN** without prejudice to each party's right to file a properly briefed and supported motion.

3. The Clerk is directed to send copies of this Order to the parties' counsel; <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: September 5, 2017

David S. Cayer
United States Magistrate Judge